The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEREDITH BEAGLE and JORDAN GUERRERO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., and AMAZON.COM SERVICES LLC,<br><br>Defendants. | No. 2:24-cv-00316-JLR<br><br>STIPULATED MOTION AND [PROPOSED] ORDER REGARDING AMAZON'S DEADLINE TO RESPOND TO COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>April 29, 2024 |

## STIPULATED MOTION

Pursuant to Local Civil Rules 7(d)(1) and 10(g), and Federal Rules of Civil Procedure 6 and 12, the parties stipulate and agree as follows:

1. Plaintiffs Meredith Beagle and Jordan Guerrero ("Plaintiffs") filed their putative Class Action Complaint and Jury Demand with the Court on March 8, 2024;

2. Plaintiffs served Defendants Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") with the Summons and Complaint on March 14, 2024;

3. Absent an extension, Amazon's deadline to respond to the Complaint is April 4, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

STIPULATED MOTION AND ORDER RE: DEADLINE
TO RESPOND TO COMPLAINT (No. 2:24-cv-00316-JLR) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

4. Counsel for Plaintiffs and Amazon have conferred and stipulate (subject to the Court's approval) to extend until May 3, 2024, the deadline for Amazon to respond to the Complaint;

5. Counsel further agree and stipulate (subject to the Court's approval) that, to the extent Amazon responds to the Complaint with a Motion to Dismiss: (i) Amazon will note the Motion for June 28, 2024; (ii) Plaintiffs' Response to the Motion will be due on or before June 7, 2024; and (iii) Amazon's Reply in support of its Motion will be due on or before June 28, 2024.

6. The parties have not sought or obtained any prior extensions of time in this matter, and there are no other pending deadlines or case event dates that will be impacted by this stipulated extension.

IT IS SO STIPULATED.

DATED this 29th day of March, 2024.

DAVIS WRIGHT TREMAINE LLP

By *s/ John Goldmark*
John Goldmark, WSBA #40980
Lauren B. Rainwater, WSBA #43625
Erwin Reschke, *pro hac vice pending*
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone:  (206) 757-8136
Email: JohnGoldmark@dwt.com
Email: LaurenRainwater@dwt.com
Email: ErwinReschke@dwt.com

*Counsel for Defendants Amazon.com, Inc. and Amazon.com Services LLC*

DUNCAN LAW, PLLC

By *Shaquelle M. Duncan*
Shaquelle M. Duncan, WSBA #56701
410 SW 10th Street, Suite 215
Renton, WA 98057
Telephone: (206) 237-7714
Facsimile: (206) 238-1324
Email: duncans@duncanlawpllc.com

STIPULATED MOTION AND ORDER RE: DEADLINE
TO RESPOND TO COMPLAINT (No. 2:24-cv-00316-JLR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

BRAGAR EAGEL & SQUIRE, P.C.

Melissa A. Fortunato, *pro hac vice*
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 568-2124
Facsimile: (212) 304-0506
Email: fortunato@bespc.com

Lawrence P. Eagel, *pro hac vice*
Casey C. DeReus, *pro hac vice*
810 Seventh Avenue, Suite 620
New York, NY 10019
Telephone: (212) 308-5858
Facsimile: (212) 486-0462
Email: eagel@bespc.com
Email: dereus@bespc.com

BURNS CHAREST LLP

Amanda K. Klevorn, *pro hac vice*
Korey A. Nelson, *pro hac vice*
Laura S. Seggerman, *pro hac vice*
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765
Email: aklevorn@burnscharest.com
Email: knelson@burnscharest.com
Email: lseggerman@burnscharest.com

Cristina Delise, *pro hac vice*
757 Third Avenue, 20th Floor
New York, NY 10017
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
Email: cdelise@burnscharest.com

*Counsel for Plaintiffs Meredith Beagle and Jordan Guerrero*

STIPULATED MOTION AND ORDER RE: DEADLINE
TO RESPOND TO COMPLAINT (No. 2:24-cv-00316-JLR) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## ~~[PROPOSED]~~ ORDER

Based on the foregoing, the Court GRANTS the Parties' stipulated motion, extends Amazon's deadline to respond to the Complaint to May 3, 2024, and approves a briefing schedule under which Plaintiffs' Response to any Motion to Dismiss the Complaint is due June 7, 2024, and Amazon's Reply is due June 28, 2024.

IT IS SO ORDERED this  29th  day of March, 2024.

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER RE: DEADLINE
TO RESPOND TO COMPLAINT (No. 2:24-cv-00316-JLR) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax