THE HONORABLE JAMES L. ROBART

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| MEREDITH BEAGLE and JORDAN GUERRERO on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON.COM SERVICES LLC.<br><br>Defendants. | Case No.: 2:24-cv-00316<br><br>[~~PROPOSED~~] **ORDER GRANTING BEAGLE PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL** |

The Court, having considered Beagle Plaintiffs' Motion for Appointment of Interim Co-Lead Class Counsel, HEREBY ORDERS as follows:

1. Beagle Plaintiffs' Motion for Appointment of Interim Co-Lead Class Counsel is GRANTED.

2. Burns Charest LLP and Bragar Eagel & Squire, P.C. are appointed as Interim Co-Lead Counsel for the proposed class.

DATED this 7th day of __May__, 2024.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

---

[PROPOSED] ORDER GRANTING BEAGLE
PLAINTFFS' CO-LEAD CLASS COUNSEL MOTION
CASE NO. 2:24-CV-00316

DUNCAN LAW, PLLC
451 SW 10TH ST, STE. 215
RENTON WA 98057
(206) 237-7714

Presented by:

**BURNS CHAREST LLP**
*(Admitted pro hac vice)*

s/ Amanda K. Klevorn
Amanda K. Klevorn (LA Bar #35193)
Korey A. Nelson (LA Bar #30002)
Cristina R. Delise (NY Bar # 5442033)
Laura S. Seggerman (TX Bar #24134116)
365 Canal Street, Suite 1170
New Orleans, LA 70130
T: (504) 799-2845
F:(504) 881-1765
E: aklevorn@burnscharest.com
    knelson@burnscharest.com
    cdelise@burnscharest.com
    lseggerman@burnscharest.com

*Counsel for Plaintiffs*

and


**DUNCAN LAW, PLLC**

s/ Shaquelle M. Duncan
Shaquelle M. Duncan (WA Bar #56701)
410 SW 10th Street, Suite 215
Renton, WA 98057
Telephone: (206) 237-7714
Facsimile: (206) 238-1324
Email: duncans@duncanlawpllc.com

*Counsel for Plaintiffs*

and

**BRAGAR EAGEL & SQUIRE, P.C.**
*(Admitted pro hac vice)*

s/ Lawrence P. Eagel
Lawrence P. Eagel (NY Bar #1924067)
 eagel@bespc.com
Casey C. DeReus (LA Bar #37096)
 dereus@bespc.com
BRAGAR EAGEL & SQUIRE, P.C.
810 Seventh Avenue, Suite 620

[PROPOSED] ORDER GRANTING BEAGLE
PLAINTFFS' CO-LEAD CLASS COUNSEL MOTION
CASE NO. 2:24-CV-00316

2

DUNCAN LAW, PLLC
451 SW 10TH ST, STE. 215
RENTON WA 98057
(206) 237-7714

1  New York, NY 10019
   Tel: (212) 308-5858
2  Fax: (212) 486-0462

3  Melissa A. Fortunato (CA Bar #319767)
    fortunato@bespc.com
4  580 California Street, Suite 1200
   San Francisco, CA  94104
5  Telephone: (415) 568-2124
   Facsimile: (212) 304-0506

6  *Counsel for Plaintiffs*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

[PROPOSED] ORDER GRANTING BEAGLE
PLAINTFFS' CO-LEAD CLASS COUNSEL MOTION
CASE NO. 2:24-CV-00316                                            3

DUNCAN LAW, PLLC
451 SW 10TH ST, STE. 215
RENTON WA 98057
(206) 237-7714

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**CERTIFICATE OF SERVICE**

I, Amanda Klevorn, hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 10th day of April, 2024.        *s/ Amanda K. Klevorn*

Amanda K. Klevorn (LA Bar #35193)
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
T: (504) 799-2845
F: (504) 881-1765
E: aklevorn@burnscharest.com

[PROPOSED] ORDER GRANTING BEAGLE
PLAINTFFS' CO-LEAD CLASS COUNSEL MOTION
CASE NO. 2:24-CV-00316

4

DUNCAN LAW, PLLC
451 SW 10TH ST, STE. 215
RENTON WA 98057
(206) 237-7714