The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEREDITH BEAGLE, JORDAN GUERRERO, and SOFAUNA JOHNSON on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON.COM SERVICES LLC,<br><br>Defendants. | No. 2:24-cv-00316-JLR<br><br>DECLARATION OF JOHN GOLDMARK IN SUPPORT OF AMAZON'S MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT<br><br>NOTE ON MOTION CALENDAR: August 7, 2024<br><br>ORAL ARGUMENT REQUESTED |



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**DECLARATION OF JOHN GOLDMARK**

I, John Goldmark, declare as follows:

1. I am a partner with the law firm of Davis Wright Tremaine LLP, counsel for the Defenant Amazon.com, Inc. ("Amazon") in this matter. I make this declaration in support of the Request for Judicial Notice in Support of Amazon's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2. Attached as **Exhibit 1** is a true and correct copy of the Amazon.com Conditions of Use ("COUs") publicly posted on Amazon.com since at least September 14, 2022, as they appeared on June 18, 2024 at https://www.amazon.com/gp/help/customer/display.html?nodeId=GLSBYFE9MGKKQXXM (last visited June 18, 2024).

3. Attached as **Exhibit 2** is a true and correct copy of the Prime Video Terms of Use publicly available on the Amazon.com website since at least October 19, 2023, as they appeared on June 18, 2024 at https://www.primevideo.com/help?nodeId=202095490 (last visited June 18, 2024).

4. Attached as **Exhibit 3** is a true and correct copy of the Prime Terms & Conditions publicly available on the Amazon.com website since at least May 11, 2021, as they appeared on June 18, 2024 https://www.amazon.com/gp/help/customer/display.html?nodeId=G2B9L3YR7LR8J4XP (last visited June 18, 2024).

5. Attached as **Exhibit 4** is a true and correct copy of the Amazon.com Privacy Notice publicly available on the Amazon.com website from at least August 11, 2023 until March 30, 2024, as it appeared March 4, 2024, obtained from the Wayback Machine at https://web.archive.org/web/20240304140443/https://www.amazon.com/gp/help/customer/display.html?nodeId=GX7NJQ4ZB8MHFRNJ (last visited June 18, 2024).

6. Attached as **Exhibit 5** is a true and correct copy of the Nielsen Viewing Measurements Page publicly available on the Amazon.com website as it appeared on June 18,



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

2024 at https://www.amazon.com/gp/help/customer/display.html?nodeId=202207330&view-type=content-only (last visited June 18, 2024).

7. Attached as **Exhibit 6** is a true and correct copy of Amazon's Interest-Based Ads Policy publicly available on the Amazon.com website, as it appeared on June 18, 2024 at https://www.amazon.com/gp/help/customer/display.html?nodeId=GLVB9XDF9M8MU7UZ (last visited June 18, 2024).

8. Attached as **Exhibit 7** is a true and correct copy of Nielsen's Digital Measurement Privacy Statement publicly available on the Nielsen.com website, as it appeared on June 18, 2024 https://www.nielsen.com/legal/privacy-principles/digital-measurement-privacy-statement/?lang=en-us (last visited June 18, 2024).

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 24th day of June, 2024.

*s/ John Goldmark*
John Goldmark



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax