The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEREDITH BEAGLE, JORDAN GUERRERO, and SOFAUNA JOHNSON on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON.COM SERVICES LLC,<br><br>Defendants. | No. 2:24-cv-00316-JLR<br><br>SUPPLEMENTAL DECLARATION OF JOHN GOLDMARK IN SUPPORT OF AMAZON'S MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT<br><br>NOTE ON MOTION CALENDAR: August 7, 2024<br><br>ORAL ARGUMENT REQUESTED |

I, John Goldmark, declare as follows:

1. I am a partner with the law firm of Davis Wright Tremaine LLP, counsel for the Defendants Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") in this matter. I make this declaration in support of Amazon's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2. Attached as **Exhibit 8** is a true and correct copy of the Amazon.com Privacy Notice publicly available on the Amazon.com website effective March 3, 2014, as it appeared on June 19, 2016 at https://web.archive.org/web/20160619164456/http:/www.amazon.com/



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

gp/help/customer/display.html?ie=UTF8&nodeId=468496&ref_=footer_privacy (last visited August 1, 2024).

3. Attached as **Exhibit 9** is a true and correct copy of the Amazon.com Privacy Notice publicly available on the Amazon.com website effective August 29, 2017, as it appeared on March 4, 2019 at https://web.archive.org/web/20190304215421/https:/www.amazon.com/gp/help/customer/display.html?ie=UTF8&nodeId=468496&ref_=footer_privacy (last visited August 1, 2024).

4. Attached as **Exhibit 10** is a true and correct copy of the Amazon.com Conditions of Use ("COUs") publicly available on the Amazon.com website effective June 21, 2016, as they appeared on May 29, 2017, obtained from the Wayback Machine at https://web.archive.org/web/20170529225355/https:/www.amazon.com/gp/help/customer/display.html?ie=UTF8&nodeId=508088 (last visited August 1, 2024).

5. Attached as **Exhibit 11** is a true and correct copy of the Amazon.com COUs publicly available on the Amazon.com website effective May 30, 2017, as they appeared on June 5, 2017, obtained from the Wayback Machine at https://web.archive.org/web/20170605232112/http:/www.amazon.com/gp/help/customer/display.html?ie=UTF8&nodeId=508088 (last visited August 1, 2024).

6. Attached as **Exhibit 12** is a true and correct copy of the Amazon.com COUs publicly available on the Amazon.com website effective October 3, 2017, as they appeared on January 4, 2018, obtained from the Wayback Machine at https://web.archive.org/web/20180104011507/https:/www.amazon.com/gp/help/customer/display.html?ie=UTF8&nodeId=508088 (last visited August 5, 2024).

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 7th day of August, 2024.

*s/ John Goldmark*
John Goldmark



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax