The Honorable James L. Robart

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| MEREDITH BEAGLE, JORDAN GUERRERO, and SOFAUNA JOHNSON on Behalf of Themselves and All Others Similarly Situated,<br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON.COM SERVICES LLC,<br><br>Defendants. | No.: 2:24-cv-00316-JLR<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Pursuant to Local Civil Rule 7(n), Plaintiffs Meredith Beagle ("Beagle"), Jordan Guerrero ("Guerrero"), and Sofauna Johnson ("Johnson" and, together with Beagle and Guerrero, "Plaintiffs") submit this Notice of Supplemental Authority to bring to the Court's attention relevant authority issued after the completion of briefing on Defendants' Motion to Dismiss (ECF No. 35).

On August 20, 2024, the United States Court of Appeals for the Ninth Circuit issued a decision in *Calhoun et al. v. Google, LLC*, No. 4:20-cv05146-YGR, reversing the district court's order granting summary judgment in favor of Google LLC on the issue of consent. A copy of the Ninth Circuit's order is attached for the Court's reference as **Exhibit A**.


Burns Charest LLP
365 Canal St., Ste. 1170
New Orleans, LA 70130
(504) 799-2845

DATED: August 22, 2024

Respectfully submitted,

**BURNS CHAREST LLP**
*(Admitted pro hac vice)*


*s/ Korey A. Nelson*
Amanda K. Klevorn (LA Bar #35193)
Korey A. Nelson (LA Bar #30002)
Laura S. Seggerman (TX Bar #24134116)
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765
Email: aklevorn@burnscharest.com
knelson@burnscharest.com
lseggerman@burnscharest.com

Cristina Delise (NY Bar #5442033)
Burns Charest LLP
757 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (469) 904-4550 main
Telephone: (469) 663-5940 direct
Facsimile: (469) 444-5002
Email: cdelise@burnscharest.com


*Interim Co-Lead Counsel for the Nationwide Class*

**DUNCAN LAW, PLLC**


*s/ Shaquelle M. Duncan*
Shaquelle M. Duncan (WA Bar #56701)
410 SW 10th Street, Suite 215
Renton, WA 98057
Telephone: (206) 237-7714
Facsimile: (206) 238-1324
Email: duncans@duncanlawpllc.com


*Additional Counsel for Plaintiffs*

**BRAGAR EAGEL & SQUIRE, P.C.**
*(Admitted pro hac vice)*

s/ Lawrence P. Eagel
Lawrence P. Eagel (NY Bar #1924067)
Casey C. DeReus (LA Bar #37096)
810 Seventh Avenue, Suite 620
New York, NY 10019
Telephone: (212) 308-5858
Facsimile: (212) 486-0462
Email: eagel@bespc.com
dereus@bespc.com

Melissa A. Fortunato (CA Bar #319767)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 568-2124
Facsimile: (212) 304-0506
Email: fortunato@bespc.com

*Interim Co-Lead Counsel for the Nationwide Class*

**CARSON NOEL PLLC**
Wright A. Noel
20 Sixth Avenue NE
Issaquah, WA 98027
Telephone: (425) 837-4717
Facsimile: (425) 837-5396
Email: wright@carsonnoel.com

*Additional Counsel for Plaintiffs*

**BURSOR & FISHER, P.A.**
*(Admitted pro hac vice)*

s/ Brittany S. Scott
Brittany S. Scott
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: bscott@bursor.com

Joseph I. Marchese
Philip L. Fraietta
1300 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jmarchese@bursor.com
pfraietta@bursor.com

*Additional Counsel for Plaintiffs*