UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEREDITH BEAGLE, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>AMAZON.COM, INC. et al.,<br><br>                Defendants. | CASE NO. C24-0316JLR<br><br>ORDER |

Before the court is Plaintiffs Meredith Beagle, Jordan Guerrero, and Sofauna Johnson's (collectively, "Plaintiffs") motion for an extension of time to file their second amended complaint. (Mot. (Dkt. # 44).) Plaintiffs request a four-week extension from the court's original September 20, 2024 deadline to allow time for the court to resolve their motion for expedited discovery (Discovery Mot. (Dkt. # 45)) and for Defendants to provide the requested information if the court grants that motion. (Mot. at 1; *see also* 9/3/24 Order (Dkt. # 43) at 11.) The court exercises its discretion to rule on Plaintiffs' motion before the noting date, *see* Fed. R. Civ. P. 1, and GRANTS Plaintiffs' motion for

ORDER - 1

an extension of time.  Plaintiffs must file their second amended complaint by no later than **October 21, 2024**.  Failure to timely file a second amended complaint will result in the dismissal of Plaintiffs' claims, and this action, with prejudice.  (*See* 9/3/24 Order at 11.)  In granting Plaintiffs' request for an extension of time, the court takes no position on Plaintiffs' pending motion for expedited discovery.

Dated this 9th day of September, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 2