The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEREDITH BEAGLE, JORDAN GUERRERO, and SOFAUNA JOHNSON on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON.COM SERVICES LLC,<br><br>Defendants. | No. 2:24-cv-00316-JLR<br><br>DECLARATION OF JOHN GOLDMARK IN SUPPORT OF AMAZON'S RESPONSE TO PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY<br><br>NOTE ON MOTION CALENDAR:<br>September 27, 2024<br><br>ORAL ARGUMENT REQUESTED |

I, John Goldmark, declare as follows:

1. I am a partner with the law firm of Davis Wright Tremaine LLP, counsel for Defendants Amazon.com Services LLC and Amazon.com, Inc. ("Amazon") in this matter. I make this declaration in support of Amazon's Response to Plaintiffs' Motion for Expedited Discovery. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2. Attached as **Exhibit 1** is a true and correct copy of an email thread between myself and Plaintiffs' counsel from September 10 and 11, 2024.

DECLARATION OF JOHN GOLDMARK
(No. 2:24-cv-00316-JLR)

3. Attached as **Exhibit 2** is a true and correct copy of Amazon's "Request Your Data" webpage posted on Amazon.com, at https://www.amazon.com/hz/privacy-central/data-requests/preview.html (last visited September 20, 2024).

4. Attached as **Exhibit 3** is a true and correct copy of the "Contact Us" webpage where consumers can submit specific data privacy inquiries and requests, which is posted on Amazon.com at https://www.amazon.com/hz/contact-us/request-data (last visited September 20, 2024).

5. Attached as **Exhibit 4** is a true and correct copy of the webform consumers can fill out to submit specific data privacy inquiries and provide comments about the issues they have had accessing their data publicly posted on Amazon.com at https://www.amazon.com/hz/contact-us/request-data#a (last visited September 20, 2024).

I declare under the penalty of perjury that the foregoing is true and correct.

DATED this 23rd day of September, 2024.

*s/ John Goldmark*
John Goldmark

DECLARATION OF JOHN GOLDMARK - 1
(No. 2:24-cv-00316-JLR)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax