The Honorable James L. Robart

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10
11
12
13
14
15
16

| | |
|---|---|
| MEREDITH BEAGLE, JORDAN GUERRERO, and SOFAUNA JOHNSON on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON.COM SERVICES LLC,<br><br>Defendants. | No. 2:24-cv-00316-JLR<br><br>**STIPULATED AND [PROPOSED] ORDER FOR STAY, FILING OF AMENDED COMPLAINT, AND SCHEDULE FOR ANSWER OR MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 4, 2024 |

17

### STIPULATED MOTION

18       Pursuant to Local Civil Rules 10(g) and Federal Rule of Civil Procedure 6, the Parties

19   having conferred about additional information requested by Plaintiffs, stipulate and agree,

20   subject to the Court approval, as follows:

21       WHEREAS, Plaintiffs filed their Second Amended Complaint, ("SAC"), Dkt. 56, on

22   October 21, 2024, asserting claims against Amazon.com, Inc., and Amazon.com Services LLC

23   (collectively "Amazon") under the Video Privacy Protection Act, 18 U.S.C. § 2710 and

24   California Civil Code § 1799.3.  *Id.* ¶¶ 150–166.

25       WHEREAS, prior to filing the SAC, Plaintiff Sofauna Johnson alleges that she submitted

26   multiple data requests to Amazon pursuant to Cal. Civ. Code § 1798.110 *et seq. See* SAC ¶¶ 97–

27   106.  Johnson alleges that she submitted her first data request on July 10, 2024, through

STIPULATION AND [PROPOSED] ORDER FOR
SETTING DEADLINES- 1
(2:24-cv-00316-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Amazon's "Request Your Data" webpage.  *Id*. ¶ 98.  Amazon asserts that its records show that Johnson's July 10, 2024 request was incomplete because it sought only Johnson's subscription data, and that Amazon complied with that request by providing Johnson this data.

WHEREAS, Johnson alleges she then submitted a second data request on October 3, 2024, by emailing Amazon a request seeking data under Cal. Civ. Code § 1798.110 and § 1798.115(c).  *Id*. ¶ 103.  In the SAC, Johnson alleges that Amazon has yet to fully respond to Johnson's second request and that Amazon's failure to respond supports a reasonable inference in Plaintiffs' favor that Johnson's data was disclosed in violation of the VPPA.  *Id*. ¶ 106. Amazon denies these allegations.

WHEREAS, Cal. Civ. Code § 1798.130(a)(2)(A) establishes a 45-day deadline for businesses to respond to consumer requests under Cal. Civ. Code § 1798.110 *et seq*. Accordingly, Amazon has until November 18, 2024, to respond to Johnson's October 3, 2024 request.

WHEREAS, recognizing that Amazon's time to respond Johnson's October 3, 2024 data request has not expired, and that a further response might affect Plaintiff's allegations in the SAC, counsel for Amazon met and conferred with Plaintiffs' counsel (i) to clarify the issues surrounding Johnson's second data request and Amazon's forthcoming response, and (ii) the possibliy of an amendment by Plaintiffs based on Amazon's response.  Having met and conferred, counsel for Plaintiffs and Amazon have agreed, subject to the approval of the Court, to stay Amazon's deadline to respond to Plaintiffs' SAC and to allow Plaintiffs leave to file a third amended complaint after receiving and reviewing Amazon's response to Johnson's second data request. Counsel for Plaintiffs and Amazon further agree that a stay is appropriate here because: (1) no damage or prejudice to either party will result from a stay; and (2) staying Amazon's deadline to respond so that Plaintiffs can file an third amended complaint will help simplify the issues and questions of law in this case. *See CMAC, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962) (in determining whether to grant a stay, courts consider "possible damage which may result from the granting of  stay, the hardship or inequity which a party may suffer in being

STIPULATION AND [~~PROPOSED~~] ORDER FOR
SETTING DEADLINES- 2
(2:24-cv-00316-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1    required to go forward, and the orderly course of justice measured in terms of the simplifying or

2    complicating of issues, proof, and questions of law which could be expected to result from a

3    stay.").

4          NOW THEREFORE, subject to the approval of the Court, the Parties hereby agree as

5    follows:

6          1.      Amazon's time to respond to Plaintiffs' Second Amended Complaint shall be

7    stayed and Amazon shall not be required to answer or move with respect to the presently filed

8    Second Amended Complaint at this time.

9          2.      Plaintiffs will have until December 9, 2024, to file a Third Amended Complaint

10    based upon additional information received by Plaintiffs from Amazon, should they chose to do

11    so, or designate the previously filed Second Amended Complaint as the operative complaint.

12          3.      Amazon shall file their dispositive motion to the operative pleading on or before

13    January 17, 2025.

14          4.      Plaintiffs shall file their opposition to any dispositive motion on or before

15    February 14, 2025.

16          5.      Amazon's reply to any opposition shall be due by February 28, 2025.

17

18          The Parties have previously sought and obtained one prior extension of time in this

19    matter.  The only deadlines or case event dates that will be impacted by this stipulated extension

20    concern the deadlines for Amazon to respond to Plaintiffs' Second Amended Complaint and any

21    associated briefing schedule for any motion to dismiss.

22

23          IT IS SO STIPULATED.

24          DATED this 4 November, 2024.

25

26

27

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**BURNS CHAREST LLP**

By _s/ Amanda K. Klevorn_
    Amanda K. Klevorn, *pro hac vice*
    Korey A. Nelson, *pro hac vice*
    Laura S. Seggerman, *pro hac vice*
    365 Canal Street, Suite 1170
    New Orleans, LA 70130
    Telephone: (504) 799-2845
    Facsimile: (504) 881-1765
    Email: aklevorn@burnscharest.com
    Email: knelson@burnscharest.com
    Email: lseggerman@burnscharest.com

    Cristina Delise, *pro hac vice*
    757 Third Avenue, 20th Floor
    New York, NY 10017
    Telephone: (469) 904-4550
    Facsimile: (469) 444-5002
    Email: cdelise@burnscharest.com

**DUNCAN LAW, PLLC**

    Shaquelle M. Duncan, WSBA #56701
    410 SW 10th Street, Suite 215
    Renton, WA 98057
    Telephone: (206) 237-7714
    Facsimile: (206) 238-1324
    Email: duncans@duncanlawpllc.com

**BRAGAR EAGEL & SQUIRE, P.C.**

    Melissa A. Fortunato, *pro hac vice*
    580 California Street, Suite 1200
    San Francisco, CA 94104
    Telephone: (415) 568-2124
    Facsimile: (212) 304-0506
    Email: fortunato@bespc.com
    Lawrence P. Eagel, *pro hac vice*
    Casey C. DeReus, *pro hac vice*
    810 Seventh Avenue, Suite 620
    New York, NY 10019
    Telephone: (212) 308-5858
    Facsimile: (212) 486-0462
    Email: eagel@bespc.com
    Email: dereus@bespc.com

**DAVIS WRIGHT TREMAINE LLP**

By _s/ John Goldmark_
    John Goldmark, WSBA #40980
    Lauren B. Rainwater, WSBA #43625
    Erwin Reschke, *pro hac vice*
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone: (206) 757-8136
    Email: JohnGoldmark@dwt.com
    Email: LaurenRainwater@dwt.com
    Email: ErwinReschke@dwt.com

*Counsel for Defendants Amazon.com, Inc.*
*and Amazon.com Services LLC*

**CARSON NOEL PLLC**

By _s/ Wright A. Noel_
    Wright A. Noel
    20 Sixth Avenue NE
    Issaquah, WA 98027
    Telephone: (425) 837-4717
    Facsimile: (425) 837-5396
    Email: wright@carsonnoel.com

**BURSOR & FISHER, P.A.**

    Joseph I. Marchese, *pro hac vice*
    Phillip L. Fraietta, *pro hac vice*
    1300 Avenue of the Americas, 32nd Floor
    New York, NY 10019
    Telephone: (646) 837-7150
    Facsimile: (212) 989-9163
    Email: jmarchese@bursor.com
    Email: pfraietta@bursor.com

    Brittany S. Scott, *pro hac vice*
    1990 North California Blvd., Suite 940
    Walnut Creek, CA 94596
    Telephone: (925) 300-4455
    Facsimile: (925) 407-2700
    Email: bscott@bursor.com

*Counsel for Plaintiff Sofauna Johnson*

1  *Counsel for Plaintiffs Meredith Beagle*
2  *and Jordan Guerrero*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND [~~PROPOSED~~] ORDER FOR
SETTING DEADLINES- 5
(2:24-cv-00316-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

# [~~PROPOSED~~] ORDER

Pursuant to the Parties' above stipulated motion, the Court Orders that:

- Amazon's deadline to respond to Plaintiffs' Second Amended Complaint is stayed;

- Plaintiffs are granted leave to file a third amended complaint by December 9, 2024,

- Amazon's deadline to respond to Plaintiffs' amended complaint is extended to January 17, 2025;

- Plaintiffs' response to any motion to dismiss the amended complaint is extended to February 14, 2025, and Amazon's reply in support is extended to February 28, 2025.

IT IS SO ORDERED this 4th day of November, 2024.



The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER FOR
SETTING DEADLINES- 6
(2:24-cv-00316-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax