The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEREDITH BEAGLE, JORDAN GUERRERO, and SOFAUNA JOHNSON on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON.COM SERVICES LLC,<br><br>Defendants. | No. 2:24-cv-00316-JLR<br><br>DECLARATION OF JOHN GOLDMARK IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED COMPLAINT<br><br>NOTE ON MOTION CALENDAR: February 28, 2025<br><br>ORAL ARGUMENT REQUESTED |



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**DECLARATION OF JOHN GOLDMARK**

I, John Goldmark, declare as follows:

1. I am a partner with the law firm of Davis Wright Tremaine LLP, counsel for Defendants Amazon.com, Inc. and Amazon.com Services LLC ("Amazon") in this matter. I make this declaration in support of the Request for Judicial Notice in Support of Amazon's Motion to Dismiss Plaintiffs' Third Amended Complaint. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2. Attached as **Exhibit 1** is a true and correct copy of the Federal Trade Commission's September 2024 report titled "A Look Behind the Screens" ("Behind the Screens Report"), available at https://www.ftc.gov/system/files/ftc_gov/pdf/Social-Media-6b-Report-9-11-2024.pdf.

3. Attached as **Exhibit 2** is a true and correct copy of the Amazon.com Conditions of Use ("COUs") publicly posted on Amazon.com since at least September 14, 2022, as they appeared on June 18, 2024 at https://www.amazon.com/gp/help/customer/display.html?nodeId=GLSBYFE9MGKKQXXM (last visited June 18, 2024).

4. Attached as **Exhibit 3** is a true and correct copy of the Amazon.com COUs publicly available on the Amazon.com website effective June 21, 2016, as they appeared on May 29, 2017, obtained from the Wayback Machine at https://web.archive.org/web/20170529225355/https:/www.amazon.com/gp/help/customer/display.html?ie=UTF8&nodeId=508088 (last visited August 1, 2024)

5. Attached as **Exhibit 4** is a true and correct copy of the Amazon.com COUs publicly available on the Amazon.com website effective May 30, 2017, as they appeared on June 5, 2017, obtained from the Wayback Machine at https://web.archive.org/web/20170605232112/http:/www.amazon.com/gp/help/customer/display.html?ie=UTF8&nodeId=508088 (last visited August 1, 2024).



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

6. Attached as **Exhibit 5** is a true and correct copy of the Amazon.com COUs publicly available on the Amazon.com website effective October 3, 2017, as they appeared on January 4, 2018, obtained from the Wayback Machine at https://web.archive.org/web/20180104011507/https:/www.amazon.com/gp/help/customer/display.html?ie=UTF8&nodeId=508088 (last visited August 5, 2024).

7. Attached as **Exhibit 6** is a true and correct copy of the of the Prime Video Terms of Use publicly available on the Amazon.com website since at least October 19, 2023, as they appeared on June 18, 2024 at https://www.primevideo.com/help?nodeId=202095490 (last visited June 18, 2024).

8. Attached as **Exhibit 7** is a true and correct copy of the Prime Terms & Conditions publicly available on the Amazon.com website since at least May 11, 2021, as they appeared on June 18, 2024 https://www.amazon.com/gp/help/customer/display.html?nodeId=G2B9L3YR7LR8J4XP (last visited June 18, 2024).

9. Attached as **Exhibit 8** is a true and correct copy of the Amazon.com Privacy Notice publicly available on the Amazon.com website from at least August 11, 2023 until March 30, 2024, as it appeared March 4, 2024, obtained from the Wayback Machine at https://web.archive.org/web/20240304140443/https://www.amazon.com/gp/help/customer/display.html?nodeId=GX7NJQ4ZB8MHFRNJ (last visited June 18, 2024).

10. Attached as **Exhibit 9** is a true and correct copy of the Amazon.com Privacy Notice publicly available on the Amazon.com website effective March 3, 2014, as it appeared on June 19, 2016 at https://web.archive.org/web/20160619164456/http:/www.amazon.com/gp/help/customer/display.html?ie=UTF8&nodeId=468496&ref_=footer_privacy (last visited August 1, 2024).

11. Attached as **Exhibit 10** is a true and correct copy of the Amazon.com Privacy Notice publicly available on the Amazon.com website effective August 29, 2017, as it appeared on March 4, 2019, at https://web.archive.org/web/20190304215421/https:/www.amazon.com/



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

gp/help/customer/display.html?ie=UTF8&nodeId=468496&ref_=footer_privacy (last visited August 1, 2024).

12. Attached as **Exhibit 11** is a true and correct copy of Amazon's Interest-Based Ads Policy publicly available on the Amazon.com website, as it appeared on June 18, 2024 at https://www.amazon.com/gp/help/customer/display.html?nodeId=GLVB9XDF9M8MU7UZ (last visited June 18, 2024).

13. Attached as **Exhibit 12** is a true and correct copy of the letter sent by Amazon's counsel in response to Plaintiff Sofauna Johnson's data request, dated November 18, 2024.

14. Attached as **Exhibit 13** is a true and correct copy of the Amazon.com Service LLC Corporation Summary published publicly available on the Government of Rhode Island's website, as it appeared on January 15, 2025, at https://business.sos.ri.gov/CorpWeb/CorpSearch/CorpSummary.aspx?FEIN=001678777.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 17th day of January, 2025.

*s/ John Goldmark*
John Goldmark



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax