The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEREDITH BEAGLE, JORDAN GUERRERO, and SOFAUNA JOHNSON on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON.COM SERVICES LLC,<br><br>Defendants. | No. 2:24-cv-00316-JLR<br><br>SUPPLEMENTAL DECLARATION OF JOHN GOLDMARK IN SUPPORT OF AMAZON'S MOTION TO DISMISS THIRD AMENDED COMPLAINT<br><br>NOTE ON MOTION CALENDAR: February 28, 2025<br><br>ORAL ARGUMENT REQUESTED |

I, John Goldmark, declare as follows:

1. I am a partner with the law firm of Davis Wright Tremaine LLP, counsel for the Defendants Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") in this matter. I make this declaration in support of Amazon's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2. Attached as **Exhibit 14** is a true and correct copy of the Amazon.com "Your Ads Privacy Choices" webpage as it appeared on February 28, 2025 at https://www.amazon.com/privacyprefs.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

3. Attached as **Exhibit 15** is a true and correct copy of the Amazon.com "Advertising Privacy and Preferences" webpage as it appeared on February 28, 2025 at https://www.amazon.com/adprefs.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 28th day of February, 2025.

*s/ John Goldmark*
John Goldmark



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax