# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEREDITH BEAGLE, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM, INC., et al.,<br><br>　　　　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C24-0316JLR |

___　**Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**　**Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiffs' complaint, and this action, are DISMISSED with prejudice.

Filed this 30th day of May, 2025.

　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　 s/ Ashleigh Drecktrah　　　　
　　　　　　　　　　　　　　　　　Deputy Clerk